UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-03072-AYP Date: November 6, 2026

Title Sergio Hernandez Mares v. Markwayne Mullin et al

Present: The Honorable: Anna Y. Park, United States Magistrate Judge

| M. Pogosyan | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings: (In Chambers) MINUTE ORDER RE: ORDER TO SHOW CAUSE HEARING**

On August 5, 2026, the Court entered Judgment wherein the Court granted Petitioner's Petition to either release within seven (7) days or provide an individualized bond hearing before an immigration judge. (Dkt. Nos. 13 and 14.)

Petitioner filed a Joint Status Report informing the court that Petitioner and his attorney of record were not informed of the hearing that was conducted on August 12, 2026. (Dkt. No. 15.)

Petitioner states that he was not afforded notice of the bond hearing and the attorney of record was not notified of the bond hearing. Respondents assert they complied with the Court's Order that ordered bond in 7 days.

The Court hereby sets a hearing on November 12, 2026, at 11:30 am on OSC as to whether Respondents provided notice of the bond hearing.

IT IS SO ORDERED.

:

Initials of Preparer mp